1  Clayton C. James (Cal. Bar No. 287800)
   clay.james@hoganlovells.com
2  Srecko "Lucky" Vidmar (Cal. Bar No. 241120)
   lucky.vidmar@hoganlovells.com
3  Alali Dagogo-Jack (Cal. Bar No. 302437)
4  alali.dagogo-jack@hoganlovells.com
   **HOGAN LOVELLS US LLP**
5  4085 Campbell Avenue, Suite 100
   Menlo Park, CA 94025
6  Telephone:    (650) 463-4000
7  Facsimile:    (650) 463-4199

Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNILOC U.S.A, INC. and UNILOC LUXEMBOURG, S.A, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 4:18-cv-00361-PJH <br><br> **PARTIES' STIPULATION TO CHANGE THE HEARING DATE ON APPLE'S MOTION TO STRIKE'CPF'QTFGT** <br><br> **DATE:** Wednesday, April 11, 2018 <br> **TIME:** 9:00 a.m. <br> **COURTROOM:** 3, 3rd Floor <br> **JUDGE:** Hon. Phyllis J. Hamilton |

Pursuant to Civil Local Rules 6-2 and 7-7, Defendant Apple Inc. ("Apple") and Plaintiffs Uniloc U.S.A., Inc. and Uniloc Luxembourg, S.A. ("Uniloc") hereby stipulate and agree to move the hearing date on Apple's Motion to Strike from March 21, 2018 to April 11, 2018. Apple filed its Motion to Strike (Dkt. 42) on February 8, 2018. Uniloc filed its Opposition on February 22, 2018 (Dkt. 50). In the meantime, this Court has issued the Related Case Order (Dkt. 49), relating Case Nos. 18-cv-362 and 18-cv-364 with this case.

Apple had also filed a Motion to Strike in the -364 case, which is similar in substance and relief sought to the one pending in this case. Uniloc's opposition to that motion is substantively identical to the one filed in this case. Because the -364 case was reassigned from Judge Tigar as a result of the Related Case Order, Apple's Motion to Strike in that case will have to be renoticed for hearing before Judge Hamilton. The parties have conferred and agreed to set that Motion (and a number of other pending motions in other related cases) for hearing on April 11, 2018.

As a result, it would be most efficient for the Court and also for the parties to move the currently-scheduled hearing on the motion in the -361 case from March 21, 2018 to April 11, 2018. There have been no previous modifications to the hearing date on this, or any other motion, in this case. The parties do not foresee any adverse effects of the requested hearing date change on any other deadlines in the case, as the Motion is fully briefed with Apple having filed its Reply (Dkt. 51) on February 26, 2018. The parties therefore request that the Court continue the hearing on Apple's Motion to Strike (Dkt. 42) to April 11, 2018.

Respectfully submitted on February 27, 2018.

PRINCE LOBEL TYE LLP

HOGAN LOVELLS US LLP

By: */s/ James J. Foster*
   James J. Foster

   Attorneys for Uniloc

By: */s/ Srecko "Lucky" Vidmar*
   Srecko "Lucky" Vidmar

   Attorneys for Apple

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Dated: February 28, 2018