Clayton C. James (CA Bar No. 287800)
clay.james@hoganlovells.com
**HOGAN LOVELLS US LLP**
Three Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415 374-2499

Alali Dagogo-Jack (Cal. Bar. No. 302437)
alali.dagogo-jack@hoganlovells.com
4085 Campbell Avenue, Suite 100
Menlo Park, CA 94025
Telephone: (650) 463-4000
Facsimile: (650) 463-4199

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A**.**,<br><br>             Plaintiffs,<br><br>       v.<br><br>APPLE INC.,<br><br>             Defendant. | Case No. 4:18-cv-00361-PJH<br>Case No. 4:18-cv-00362-PJH<br>Case No. 4:18-cv-00364-PJH<br><br>**DEFENDANT APPLE INC.'S UNOPPOSED MOTION TO WITHDRAW SRECKO "LUCKY" VIDMAR AS COUNSEL**<br><br>THE HONORABLE PHYLLIS J. HAMILTON |

1  Defendant Apple Inc. respectfully moves to withdraw Srecko "Lucky" Vidmar as counsel
2  as record because Mr. Vidmar has left Hogan Lovells US LLP.  Apple continues to be
3  represented by its other counsel at Hogan Lovells US LLP.  Apple requests that Vidmar be
4  removed from the master service list in this action and that all electronic notices, given or
5  required to be given, and all papers filed or served, or required to be served, in the above-
6  captioned matter be provided to and served upon Apple's other counsel of record.
7  Plaintiffs do not oppose the relief sought in this Motion.

Dated: January 29, 2019

HOGAN LOVELLS US LLP

By: /s/ *Clayton C. James*
Clayton C. James (CA Bar No. 287800)
clay.james@hoganlovells.com
**HOGAN LOVELLS US LLP**
Three Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone:   +1 415 374-2300
Facsimile:   +1 415 374-2499

alali.dagogo-jack@hoganlovells.com
4085 Campbell Avenue, Suite 100
Menlo Park, CA 94025
Telephone: (650) 463-4000
Facsimile: (650) 463-4199

*Attorneys for Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2019, I electronically filed the foregoing **DEFENDANT APPLE INC.'S MOTION TO WITHDRAW SRECKO "LUCKY" VIDMAR AS COUNSEL** using the Court's ECF system which will electronically serve the same upon all counsel of record.

                                                *s/ Clayton C. James*
                                                Clayton C. James